UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAX 1985, LLC

    Plaintiff,

v.

                                   Case No. 18-cv-13583
                                   Hon. Matthew F. Leitman

CITY OF ROMULUS,

    Defendant.

_____/

**ORDER TERMINATING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT (ECF No. 11) WITHOUT PREJUDICE**

    On November 11, 2019, Defendant City of Romulus filed a motion for summary judgment in this action. (*See* Mot., ECF No. 11.) The Court has now been informed that the parties have reached a settlement to their dispute. Accordingly, the Court **TERMINATES** the City of Romulus' motion **AS MOOT AND WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: March 16, 2021

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2021, by electronic means and/or ordinary mail.

            s/Holly A. Monda
            Case Manager
            (810) 341-9764