UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MAX 1985, LLC,

      Plaintiff,                                       Case No. 18-cv-13583
                                                       Hon. Matthew F. Leitman

vs.

CITY OF ROMULUS,

      Defendant.
_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that the above matter shall be dismissed with prejudice.

**IT IS SO ORDERED**.

                                                       /s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated:  August 3, 2021


I hereby stipulate to the entry of the above order:

| /s/ Aaron D. Cox | /s/ David K. Otis |
|---|---|
| AARON D. COX (P69346) | DAVID K. OTIS (P31627) |
| Co-Counsel for Plaintiff | Attorneys for Defendant |
| 23380 Goddard Rd | 325 E. Grand River Ave, Ste 250 |
| Taylor MI 48180 | East Lansing, MI 48823 |
| (734) 287-3664 | (517) 324-5612 |
| aaron@aaroncoxlaw.com | dotis@plunkettcooney.com |